UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:

MICHAEL C. CULVER,

                Debtor.
--------------------------------------------------------X

Chapter 7
Case No.: 23-35334-cgm

## OBJECTION TO DEBTOR'S MOTION TO AVOID JUDICIAL LIENS

Road Atlanta, LLC ("Road Atlanta"), through its undersigned counsel, objects to the motion of the debtor Michael C. Culver ("Debtor") to avoid its judicial lien (the "Motion to Avoid") under 11 U.S.C. § 522(f)(1)(A). In support thereof, Road Atlanta represents as follows:

    1.    Road Atlanta is a creditor of the Debtor, whose claim was reduced to a judgment in the amount of $125,247.30. The judgment arose in connection with a pre-petition action brought against the Debtor in the United States District Court for the Northern District of Georgia, in a case styled *Road Atlanta, LLC v. Michael Culver*, Case No.: 17-cv-132-RWS, for breach of a personal guaranty. A copy of the judgment is annexed hereto as **Exhibit A.**

    2.    The judgment out of Georgia (or a transcript thereof) was later filed in New York with the Dutchess County Clerk on or about December 28, 2018, thereby becoming a judgment here and a lien on and against the Debtor's real property in Dutchess County, including his principal residence located at 162 Amenia Union Road, Amenia, New York 12501 (the "Premises").

    3.    According to the deed annexed to the Motion to Avoid as Exhibit A, the Premises is owned by the Debtor and his non-filing spouse, Michele Browne ("Michele"). Title was taken by them as "husband and wife."

1

A. **The Debtor's Undivided Entireties Interest Should be
Valued at the Full Amount of the Equity in the Premises
for Lien Avoidance Purposes Under 11 U.S.C. § 522(f)(1)(A)**

4. Under Section 6-2.2(b) of the New York Estates, Powers and Trusts Law, "[a] disposition of real property to a husband and wife creates in them a tenancy by the entirety, unless expressly declared to be a joint tenancy or a tenancy in common." A tenancy by the entirety is one "whose salient characteristic is the unique relationship between a husband and wife each of whom is seized of the whole and not any undivided portion or the estate (per tout et non per my)." *In re Healy*, 2017 Bankr. LEXIS 3688 at *4 (Bankr. E.D.N.Y. October 24, 2017) *quoting In re Heaney*, 453 B.R. 42 (Bankr. E.D.N.Y. 2011).

5. Where only one tenant by the entirety files for bankruptcy, his undivided interest should be valued at the full amount of the equity in the homestead for lien avoidance purposes under § 522(f)(1)(A). *See In re Healy*, 2017 Bankr. LEXIS 3688; *In re Molisanti*, 2012 Bankr. LEXIS 5025 (Bankr. E.D.N.Y. 2012); *In re Heaney*, 453 B.R. 42; *In re Levinson*, 372 B.R. 582 (Bankr. E.D.N.Y. 2007) *aff'd* 395 B.R. 554 (E.D.N.Y. 2008).

B. **The Debtor's Methodology for Calculating
Net Equity Under 11 U.S.C. § 522(f)(1)(A) is Incorrect**

6. Here, the Debtor holds the Premises with his wife as tenants by the entirety and he alone filed for bankruptcy. Under the applicable legal analysis, *supra*, the Debtor's interest in the Premises should be valued at the full fair market value of the Premises in determining whether he could avoid Road Atlanta's judicial lien. However, in his calculation in the Motion to Avoid, the Debtor erred in reducing the market value by half (from $1,925,000.00) to $962,500.00), ostensibly to account for Michele's non-filing interest in the Premises, thus improperly reducing the amount of equity in the Premises for lien avoidance purposes.

2

## C. Applicability of the § 522(f)(2)(A) formula to the Debtor's Case

7.  The § 522(f)(2)(A) formula "is to be applied repeatedly, eliminating each lien previously avoided from the subsequent calculations . . . " [*In re Dolan*, 230 B.R. 642, 647 (Bankr. D. Conn. 1999)], and ". . . avoiding one judicial lien (or part thereof) at a time, until the formula indicates no further impairment." *Id.* Further, "[a]pplying the formula requires that the liens be subtracted in order of reverse priority." *Id* quoting *Bank of America Nat'l Trust & Savings Ass'n v. Hanger (In re Hanger)*, 217 B.R. 592, 595 (9th Cir BAP 1997). "[If the] calculation yields a positive result, the lowest priority judicial lien is avoided." *Dolan*, 230 B.R. at 648; *In re Napolitano*, 2009 Bankr. LEXIS 3362 at *8 (Bankr. N.D.N.Y. 2009). Applying the formula requires that the liens be subtracted "starting with the most junior of the judicial liens." *Id.*

8.  Here, the calculation under the § 522(f)(2)(A) formula, as utilized in *Dolan, supra, and Napolitano, supra*, yields the following results:

|   | | |
|---|---|---|
|   | Lowest Priority Judicial Lien (**People's United Bank**) | $ 919,061.57 |
|   | Sum of All Other Encumbrances Senior to Lien Above[1] | +1,810,902.60 |
| + | Debtor's Exemption | + 149,975.00 |
| - | Value of Property | -$1,925,000.00 |
|   | Amount Impairing Exemption (**positive**) | $ 954,939.10 |
|   | Next Lowest Priority Judicial Lien (**Road Atlanta, LLC**) | $ 125,811.87 |
|   | Sum of All Other Encumbrances Senior to Lien Above | +1,685,090.20 |
| + | Debtor's Exemption | + 149,975.00 |
| - | Value of Property | -$1,925,000.00 |
|   | Amount Impairing Exemption (**positive**) | $ 35,876.80 |

---

[1]Salisbury ($1,628,837.21); Road Atlanta, LLC ($125,811.87); Blank Rome LLP ($56,253.69).

9.  Utilizing the Debtor's valuation of the Premises[2], Road Atlanta's judicial lien impairs the Debtor's homestead to the extent of $35,876.80, leaving $89,935.07 in available equity in the Premises to which its judicial lien may attach.

### CONCLUSION

Based on the foregoing, Road Atlanta respectfully requests that the Motion to Avoid its judicial lien be denied or, in the alternative, granted, but only to the extent that its lien impairs the Debtor's homestead exemption by $35,876.80, and for such other and further relief that this Court deems just and proper.

DATED: Melville, New York
September 15, 2023

/s/ Richard V. Kanter
Richard V. Kanter, Esq
555 Broadhollow Road, Suite 227
Melville, New York 11747
(631) 845-1400
*Attorney for Creditor,*
*Road Atlanta, LLC*

---

[2] Road Atlanta does not concede the Debtor's valuation of the Premises based, significantly, on the age of the comparable sales used in the appraisal and for the additional reasons set forth in M&T Bank's objection to the Motion to Avoid.

**EXHIBIT A**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

ROAD ATLANTA, LLC,

                Plaintiff,

vs.

MICHAEL CULVER,

                Defendant.

CIVIL ACTION FILE NO.

2:17-cv-132-RWS

## JUDGMENT

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of Plaintiff's Motion for Summary Judgment on Breach of Limited Personal Guaranty, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff Road Atlanta, LLC recover from defendant Michael Culver the amount of $125,247.30, as of August 1, 2018, with pre-judgment interest to accrue at the rate of 0.0219% daily until entry of judgment. Plaintiff is further awarded $400 in taxable costs.

Dated at Gainesville, Georgia, this the 7th day of August, 2018.

                                                      JAMES N. HATTEN
                                                      CLERK OF COURT

                                        By:  <u>s/Daniel Ross</u>
                                                  Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
   August 7, 2018
James N. Hatten
Clerk of Court

By:<u> s/Daniel Ross</u>
      Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

MICHAEL C. CULVER,

          Chapter 7
          Case No.:  23-35334-cgm

      Debtor.
-------------------------------------------------------X

=================================================================
OBJECTION TO DEBTOR'S MOTION TO AVOID JUDICIAL LIENS
=================================================================

Submitted by:

Richard V. Kanter, Esq.
555 Broadhollow Road, Suite 227
Melville, New York  11747
T: (631) 845-1400

*Attorney for Creditor,*
*Road Atlanta, LLC*